JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESMERALDA O., | ) | NO. CV 22-6326-KS |
|         Plaintiff, | ) | |
|    v. | ) | JUDGMENT |
| | ) | |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
|         Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order.

DATE: January 29, 2024

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE