UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA ONOFRE,<br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:22-cv-06326-KS<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount FOUR THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND 00/100 ($4,850.00) and zero ($00.00) costs, subject to the terms of the stipulation.

DATE: April 1, 2024

*signature*

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).